■ NORTH RIVER INSURANCE COMPANY, Respondent, v INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Appellant and Third-Party Plaintiff-Appellant. CITY OF NEW YORK, Third-Party Defendant-Respondent.—Judgment, Supreme Court, New York County (Eugene Nardelli, J., upon a decision and order of Alvin Klein, J.), entered on or about August 22, 1988, unanimously affirmed. Plaintiff-respondent and third-party defendant-respondent shall recover of defendant-appellant and third-party plaintiff-appellant one bill of $250 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Carro, Asch, Wallach and Smith, JJ. [151 AD2d 1052.]